IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ONTARIO N. GARRISON,

        Appellant,

  v.

Case No. 5D22-990
LT Case No. 2016-CF-323

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed May 9, 2023

3.850 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Rachael E. Reese, of O'Brien Hatfield
Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa M. Williams,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

MAKAR, JAY and SOUD, JJ., concur.